[No. 8301–5–I.   Division One.   October 26, 1981.]

FRANK W. BEDKER, *Respondent,* v. AL MYCON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 829208, Frank H. Roberts, Jr., J., entered December 12, 1979. *Affirmed* by unpublished opinion per James, C.J., concurred in by Callow and Ringold, JJ.

[No. 8926–9–I.   Division One.   October 26, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. JON ARNDT, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9632, Jack S. Kurtz, J., entered May 12, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.

[No. 8616–2–I.   Division One.   October 26, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. RALPH ALAN SHARP, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 10495, Byron L. Swedberg, J., entered March 17, 1980. *Affirmed* by unpublished opinion per Andersen, J., concurred in by Swanson and Williams, JJ.

[No. 9048–8–I.   Division One.   October 26, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID JOHN ZOURKOS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 10447, Byron L. Swedberg, J., entered April 17, 1980. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Andersen, JJ.